WGP

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:13-CR-39-1-D (1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | I N D I C T M E N T |
| | ) | |
| JEFFREY LEVON WRIGHT | ) | |

The Grand Jury charges that:

## COUNT ONE

On or about February 11, 2013, in the Eastern District of North Carolina, the defendant, JEFFREY LEVON WRIGHT, did knowingly and intentionally possess with the intent to distribute five-hundred (500) grams or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about February 11, 2013, in the Eastern District of North Carolina, the defendant, JEFFREY LEVON WRIGHT, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States as alleged in Count One of the Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

1

## FORFEITURE NOTICE

Upon conviction of the controlled substance offense alleged in this Indictment, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be

[remainder of page left blank intentionally]

2

divided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL

FOREPERSON

DATE: 6-4-13

THOMAS G. WALKER
United States Attorney

<span style="color:red">**REDACTED VERSION**</span>
Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

BY: _____ for GP

GLENN PERRY
Special Assistant United States Attorney
Criminal Division

3