# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| NCE | Jeffrey Levon Wright | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 4:13-000039-001 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| US v. Wright | ☑ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | ☑ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 846=ND.F- Conspiracy to Distribute Narcotics 2) 21 924(c)

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** (Describe briefly)
Sentencing Hearing

**13. PROCEEDING TO BE TRANSCRIBED** (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Detention Hearing

**14. SPECIAL AUTHORIZATIONS** — JUDGE'S INITIALS

A. Apportioned Cost ____ % of transcript with (Give case name and defendant)

B. ☐ 14-Day ☑ Expedited ☐ Daily ☐ Hourly ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: /s/ D†W. VL    Date: 7-18-14
Printed Name: David W. Venable
Telephone Number: 919-833-2241
☑ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

**16. COURT ORDER**
Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judge or By Order of the Court: ____
Date of Order: ____    Nunc Pro Tunc Date: ____

## CLAIM FOR SERVICES

**17. COURT REPORTER/TRANSCRIBER STATUS**
☐ Official ☑ Contract ☐ Transcriber ☐ Other

**18. PAYEE'S NAME AND MAILING ADDRESS**
David W. Venable
P.O. Box 2984 Raleigh, NC 27602
Telephone Number: (919) 833-2241

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE**
56-2112415

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | 36 | $4.85 | | | $174.60 |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | **$174.60** |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee: /s/ D†W. VL    Date: 7-18-14

## ATTORNEY CERTIFICATION

**22. CERTIFICATION OF ATTORNEY OR CLERK.** I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk: /s/ D†W. VL    Date: 7-18-14

## APPROVED FOR PAYMENT — COURT USE ONLY

**23. APPROVED FOR PAYMENT**
Signature of Judge or Clerk of Court: ____    Date: ____

**24. AMOUNT APPROVED**
____



**SHARON K. KROEGER**
Registered Professional Reporter
7313 Chicora Court
Raleigh, NC 27615
(919) 870-1017

TO:
Mr. David W. Venable
Attorney at Law
205 W. Martin Street
P. O. Box 2984
Raleigh, NC   27602

Date: May 16, 2014

U.S. vs. Wright
Motion Hearing; 7/22/13

| | | |
|---|---|---|
| 36 pgs. @ $4.85/pg. | | $174.60 |
| | DEPOSIT | 194.00 |
| | REFUNDED | $ 19.40 |

THANK YOU!!

**DAVID W. VENABLE**
**ATTORNEY AT LAW**
PO BOX 2964 PH 919-833-2241
RALEIGH, NC 27602

No. 6980
56-30/531
082

DATE: 12 May 14

PAY TO THE ORDER OF: Ms Sharon Kroeger         $ 194.00

One hundred ninety-four ———————————— DOLLARS

First Citizens Bank

FOR: US v. Wright 13-CR-39 Transcript

Signature: David Venable

⑆005980⑆