# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                          Crim. No. 4:13-CR-39-1D

**JEFFREY LEVON WRIGHT**

On June 4, 2015, the above named was released from prison and commenced a term of supervised release for a period of 48 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                      I declare under penalty of perjury that the foregoing
                                            is true and correct.

/s/ Dwayne K. Benfield                      /s/ Taron N. Seburn
Dwayne K. Benfield                          Taron N. Seburn
Supervising U.S. Probation Officer          U.S. Probation Officer
                                            201 South Evans Street, Rm 214
                                            Greenville, NC 27858-1137
                                            Phone: 252-830-2335
                                            Executed On: June 25, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __2__ day of __July__, 2018.

_____
James C. Dever III
Chief U.S. District Judge